# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                        dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                        ltrust@osbornlawpc.com

April 17, 2023

<u>**VIA ECF**</u>

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Klein v. Commissioner of Social Security*
                    <u>Civil Action No. 1:23-cv-00272-JPC</u>

Dear Judge Cronan,

      We write on behalf of our client, Christian P. Klein, to request additional time to file his brief for requested relief which is currently due on April 19, 2023 per the Court's January 13, 2023 Standing Scheduling Order. This is the first request for an extension. The reason for the request is that our office has an unusually large backlog of briefs that are due in the next several weeks, including that of Mr. Klein.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his brief for the requested relief on or before: **June 19, 2023.**

- Defendant to file its brief in response on or before: **September 4, 2023**.

- Plaintiff to file his reply, if any, on or before: **September 23, 2023.**

Thank you for your consideration of this request.

                    Respectfully submitted,

                    s/Daniel A. Osborn
                    Daniel A. Osborn
                    OSBORN LAW, P.C.
                    43 West 43rd Street, Suite 131
                    New York, New York 10036
                    Telephone:    212-725-9800
                    Facsimile:    212-500-5115
                    dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)

The request is granted. Plaintiff shall file his brief by June 19, 2023. Defendant shall file its response by September 4, 2023. Plaintiff shall file his response, if any, by September 23, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 8.

SO ORDERED.
Date: April 18, 2023
New York, New York

                    JOHN P. CRONAN
                    United States District Judge