UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTIAN P. KLEIN,

                        Plaintiff,                       **ORDER**

               -against-                        **23-cv-272 (JW)**

COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Today, on September 5th, subsequent to issuing an Order to Show Cause, the Court received a phone call from the attorney for the Social Security Administration informing the Court that the SSA was previously sent Plaintiff's brief and had already drafted a response, which was due to be filed today.

In light of this information, **the Plaintiff shall have until the close of business, tomorrow, September 6th,** to file on the docket a copy of the brief it sent to the Social Security Administration. **Defendant shall then have until September 8th** to file its Opposition. Should Plaintiff wish to file a reply, **it must be submitted by September 22, 2023**.

      SO ORDERED.

DATED:    New York, New York
              September 5, 2023

                                                               JENNIFER E. WILLIS
                                                             United States Magistrate Judge