**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTIAN P. KLEIN,

                 Plaintiff,                      23 **CIVIL** 0272 (JW)

       -against-                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                 Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2024, that the ALJ made a faulty RFC determination by erroneously evaluating the opinion evidence, misstating or ignoring key aspects of the evidence, including an erroneous sit/stand option in the RFC, and failing to properly assess work activities. Therefore, remand is required. Plaintiffs Motion (Dkt. No. 16) is GRANTED.

**Dated:** New York, New York

     March 22, 2024

                                                      **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                             **BY:**

                                                      **Deputy Clerk**