**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHRISTIAN P. KLEIN,

                    Plaintiff,                   **ORDER**

           -against-                  **23-CV-272 (JW)**

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's Motion for 406B Attorney Fees. Dkt. No.

26. Defendant's response, if any, is to be filed by **December 17, 2025**. Plaintiff's

reply, if any, is to be filed by **December 29, 2025.**

      SO ORDERED.

DATED:    New York, New York
           December 3, 2025

                                    _Jennifer E. Willis_
                                JENNIFER E. WILLIS
                              United States Magistrate Judge